**FILED**

12/17/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0470

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court No. DA 21-0470

WILLIAM D. PRATT, individually and as
Managing Member of PRATT RANCH, LLC,
a Montana Limited Liability Company and
as Member of the PRATT COMMERCIAL
PROPERTY, LLC, a Montana Limited
Liability Company,

         Plaintiff and Appellee,

v

THOMAS A. PRATT, individually and as
a Member of PRATT RANCH, LLC,
a Montana Limited Liability Company and
as Member of the PRATT COMMERCIAL
PROPERTY, LLC, a Montana Limited
Liability Company,

         Defendant and Appellant.

---

**ORDER GRANTING UNOPPOSED MOTION FOR RELIEF FROM ORDER
DENYING STAY UNDER M.R.APP.P. 22(2)**

_____

Upon review of Defendant/Appellant's *Unopposed Motion for Relief from Order*

*Denying Stay Under M.R.App.P. 22(2)* and there being no objection, the

Defendant/Appellant's Motion and Stipulation ARE HEREBY GRANTED.

The Court specifically finds as follows:

1. The requirement of a supersedeas bond pending appeal IS HEREBY WAVIED.

2. Defendant/Appellant shall deposit Four Hundred Thousand and 00/100 Dollars ($400,000) with the Yellowstone County Clerk of District Court as a condition of the stay.

3. The funds held in the Special Master's trust account shall not be distributed pending the appeal.  The current balance in the Special Master's trust account is $533,577.92.

DATED this ___ day of _____, 2021.


_____
Montana Supreme Court Justice

Cc:   Erika Peterman
Kristin Omvig

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 17 2021